NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EZELL WYRICK,**
*Petitioner,*

**v.**

**DEPARTMENT OF TRANSPORTATION,**
*Respondent.*

---

2014-3162

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-12-0524-I-3.

---

## ON MOTION

---

## O R D E R

The Department of Transportation moves for a 14-day extension of time, until October 3, 2014, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                    WYRICK v. TRANSPORTATION

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27